In the Matter of the Estate of JAMES HENNESSY, Deceased.

ETHEL H. WILLIAMS, as Administratrix, Appellant; MARGARET COFFEY, Respondent.

Argued April 18, 1938; decided May 24, 1938.

*John Holley Clark, Jr.* and *Eleanor F. Hamilton* for appellant.

*James D. C. Murray, George J. Gruenberg* and *John J. Sammon* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.